**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SCOTT FRIZE, | ) NO. CV 06-1269-MMM (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| ROBERT J. HERNANDEZ, WARDEN, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. Having completed its *de novo* review, the Court accepts and adopts the Report and Recommendation.

   IT IS ORDERED that:  (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on all parties.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 26, 2010 .

                                           /s/ Margaret M. Morrow  
                                           MARGARET M. MORROW  
                                       UNITED STATES DISTRICT JUDGE