**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SCOTT FRIZE, | ) NO. CV 06-1269-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ROBERT J. HERNANDEZ, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   March 26, 2010  .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE